UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                          CASE NO. 04 B 32037
   JAMES V KROL
   SANDRA M KROL                                CHAPTER 13

                                                JUDGE: JOHN H SQUIRES
         Debtor
   SSN XXX-XX-0041     SSN XXX-XX-4312
```

---
### TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 08/27/04 and confirmed on 11/12/04.

2. The plan is paid in full.

3. The Debtor paid a total of $ 32120.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WELLS FARGO FINANCIAL AC | SECURED | 6950.00 | 242.24 | 6950.00 |
| AMERICAN GENERAL FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | 1011.40 | 41.40 | 1011.40 |
| BANK ONE DELAWARE | UNSECURED | 1902.01 | 139.85 | 1902.01 |
| OSI COLLECTION SRV | UNSECURED | NOT FILED | .00 | .00 |
| OSI COLLECTION SRV | UNSECURED | NOT FILED | .00 | .00 |
| FCNB | UNSECURED | NOT FILED | .00 | .00 |
| CITICARDS PRIVATE LABEL | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 1896.44 | 139.40 | 1896.44 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 3745.25 | 275.33 | 3745.25 |
| MENARDS | UNSECURED | NOT FILED | .00 | .00 |
| SELECT EDITION | UNSECURED | NOT FILED | .00 | .00 |
| FCNB | UNSECURED | NOT FILED | .00 | .00 |
| NCB MANAGEMENT | UNSECURED | NOT FILED | .00 | .00 |
| B LINE LLC | UNSECURED | 3731.78 | 274.42 | 3731.78 |
| WELLS FARGO FINANCIAL AC | UNSECURED | 3166.57 | 232.87 | 3166.57 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 4299.63 | 316.12 | 4299.63 |
| INTERNAL REVENUE SERVICE | UNSECURED | 360.92 | 24.10 | 360.92 |

Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 6950.00 | 1011.40 | 19102.60 | .00 | 27064.00 |
| PRINCIPAL PAID | 6950.00 | 1011.40 | 19102.60 | .00 | 27064.00 |
| INTEREST PAID | 242.24 | 41.40 | 1402.09 | .00 | 1685.73 |
| TOTAL PAID | 7192.24 | 1052.80 | 20504.69 | .00 | 28749.73 |

The Debtor's attorney, GREENBERG & ASSOC          , was allowed $   2200.00 and was paid $    300.00  direct and $   1900.00  through the plan.

The Trustee received $    1385.09 .

Refunds to the Debtor totaled $     85.18 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 10/11/07                         /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE